# LUMER LAW GROUP

Attorneys At Law

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

WWW.LUMERLAW.COM

(212) 566-5060

December 18, 2017

**By ECF**

Hon. Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **Thomas, et al., v. City of New York, et al.,**
                  **14 CV 7513 (ENV) (VMS)**

                  **Browne, et al., v. City of New York, et al.,**
                  **16 CV 4224 (ENV) (VMS)**

Dear Judge Vitaliano:

        We represent the plaintiffs in the *Thomas* action referenced above and write further to the December 1, 2017, report and recommendation of Magistrate Judge Scanlon addressing our application for fees and costs relating to six accepted Offers of Judgment. (Docketed as Documents 126 and 62, respectively). The parties' deadline to object was December 15. As none of the parties have filed any objections – and I have been informed by defense counsel that none are forthcoming – we respectfully urge the Court to adopt the report and recommendation in its entirety and direct that judgment be entered accordingly.

        Thank you for your consideration.

                                        Respectfully submitted

                                        Michael Lumer

cc:    All counsel of record (By ECF)