

# AAA Attorney Service Co. Of NY, Inc.

20 Vesey Street, Room 1110
New York, NY 10007
Ph: (212) 233-3508 -- Fax: (212) 587-8225
IRS#: 13-2959695

Invoice #: 7988

Date: 03/23/2015

LUMER & NEVILLE,ESQS
225 BROADWAY STE 2700

NEW YORK, NY 10007

## INVOICE FOR SERVICE

| BILL DATE | INVOICE # | BALANCE |
|---|---|---|
| 03/23/2015 | 7988 | 116.50 |

**TOTAL:** **$116.50**

| | |
|---|---|
| A - SERVICE | B - ATTEMPTED SERVICE |
| C - FILING | D - SPECIAL AFFIDAVIT |
| E - SUBSTITUTED SERVICE | F - WITNESS FEE ADVANCED |
| G - WITNESS FEE PAID BY ATTORNEY | H - SOS ALBANY FEE ADVANCED |
| I - SOS ALBANY FEE PAID BY ATTORNEY | J - SOS 253 OR 254 FEE ADVANCED |
| K - SOS 253 OR 254 FEE PAID BY ATTORNEY | L - MATRIMONIAL ACTION |
| M - MILITARY INVESTIGATION | P - COURT FILING FEE ADVANCED |
| Q - COURT FILING FEE PAID BY ATTORNEY | S - LOCATION |
| T - SO ORDER | U - EXTRA COPIES MADE |
| V - EXPRESS MAIL CHARGE | W - POSTAGE |
| X - CPLR | Y - MESSENGER / COURIER |
| Z - COURT APPEARANCE | N - HOURLY CHARGE |

Completed: 03/19/2015 - Service #2099329: AMADO
SOSA, TAX ID 946284
LAMONT GRAY v. THE CITY OF NEW YORK
ETAL
Ref#

A - SERVICE                                                    $57.00
X - COPIES                                                     $2.50

Completed: 03/16/2015 - Service #2098292: PO
ALFREDO SKELTON, SHIELD 29533
TEVON THOMAS v. CITY OF NEW YORK ETAL
Ref#

A - SERVICE                                                    $57.00

**TOTAL CHARGES:**                                            **$116.50**

**BALANCE:**                                                  **$116.50**

# AAA Attorney Service Co. Of NY, Inc.

20 Vesey Street, Room 1110
New York, NY 10007
Ph: (212) 233-3508 -- Fax: (212) 587-8225
IRS#: 13-2959695

Invoice #: 8157

Date: 04/22/2015

PD 5/11/15

LUMER & NEVILLE,ESQS
225 BROADWAY STE 2700

NEW YORK, NY 10007

## INVOICE FOR SERVICE

| BILL DATE | INVOICE # | BALANCE |
|-----------|-----------|---------|
| 03/23/2015 | 7988 | 116.50 |
| 04/22/2015 | 8157 | 372.00 |

| TOTAL: | $488.50 |
|--------|---------|

| | |
|---|---|
| A - SERVICE | B - ATTEMPTED SERVICE |
| C - FILING | D - SPECIAL AFFIDAVIT |
| E - SUBSTITUTED SERVICE | F - WITNESS FEE ADVANCED |
| G - WITNESS FEE PAID BY ATTORNEY | H - SOS ALBANY FEE ADVANCED |
| I - SOS ALBANY FEE PAID BY ATTORNEY | J - SOS 253 OR 254 FEE ADVANCED |
| K - SOS 253 OR 254 FEE PAID BY ATTORNEY | L - MATRIMONIAL ACTION |
| M - MILITARY INVESTIGATION | P - COURT FILING FEE ADVANCED |
| Q - COURT FILING FEE PAID BY ATTORNEY | S - LOCATION |
| T - SO ORDER | U - EXTRA COPIES MADE |
| V - EXPRESS MAIL CHARGE | W - POSTAGE |
| X - CPLR | Y - MESSENGER / COURIER |
| Z - COURT APPEARANCE | N - HOURLY CHARGE |

1

Completed: 04/08/2015 - Service #2099929: ANDY
ESPINAL, SHIELD 18150
SHAKIMA JONES v. CITY OF NEW YORK ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $57.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

Completed: 04/02/2015 - Service #2099685:
CHARLES MARTELLO TAX NO 903165
FREDERICK PHILLIP ET AL v. THE CITY OF
NEW YORK ET AL
Ref#

| | |
|---|---|
| A - SERVICE | $57.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

Completed: 04/10/2015 - Service #2100205: DET.
JOEBIAN ORTIZ , TAX 919519
TEVON THOMAS v. CITY OF NEW YORK ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $57.00 |

Completed: - Service #2098293: DET. JOEBIAN
ORTIZ, TAX 919519
TEVON THOMAS v. CITY OF NEW YORK ETAL
Ref#

| | |
|---|---|
| B - ATTEMPTED SERVICE | $57.00 |

Completed: 03/31/2015 - Service #2099684: HECTOR
RODRIGUEZ TAX NO 898408
FREDERICK PHILLIP ET AL v. THE CITY OF
NEW YORK ET AL
Ref#

| | |
|---|---|
| A - SERVICE | $57.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

Completed: 03/31/2015 - Service #2099817: LT
LAWRENCE HAMMOND,TAX NO. 883298
NATASHA SMITH v. CITY OF NEW YORK ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $57.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

| | |
|---|---|
| **TOTAL CHARGES:** | **$372.00** |
| **BALANCE:** | **$372.00** |



ENT ✓

# AAA Attorney Service Co. Of NY, Inc.

20 Vesey Street, Room 1110
New York, NY10007
Ph: (212) 233-3508 -- Fax: (212) 587-8225
IRS#: 13-2959695

Invoice #: 11045

Date: 07/13/2016

LUMER & NEVILLE,ESQS
225 BROADWAY STE 2700

NEW YORK, NY10007

## INVOICE FOR SERVICE

| BILL DATE | INVOICE # | BALANCE |
|-----------|-----------|---------|
| 05/10/2016 | 10639 | 900.00 |
| 07/13/2016 | 11045 | 286.56 |

**TOTAL:** $1186.56 **PAID**

| | |
|---|---|
| A - SERVICE | B - ATTEMPTED SERVICE |
| C - FILING | D - SPECIAL AFFIDAVIT |
| E - SUBSTITUTED SERVICE | F - WITNESS FEE ADVANCED |
| G - WITNESS FEE PAID BY ATTORNEY | H - SOS ALBANY FEE ADVANCED |
| I - SOS ALBANY FEE PAID BY ATTORNEY | J - SOS 253 OR 254 FEE ADVANCED |
| K - SOS 253 OR 254 FEE PAID BY ATTORNEY | L - MATRIMONIAL ACTION |
| M - MILITARY INVESTIGATION | P - COURT FILING FEE ADVANCED |
| Q - COURT FILING FEE PAID BY ATTORNEY | S - LOCATION |
| T - SO ORDER | U - EXTRA COPIES MADE |
| V - EXPRESS MAIL CHARGE | W - POSTAGE |
| X - CPLR | Y - MESSENGER / COURIER |
| Z - COURT APPEARANCE | N - HOURLY CHARGE |

1

Completed: 07/06/2016 - Service #2135318: LT.
PETER CARRETTA
TEVON THOMAS ETAL v. CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| X - COPIES | $10.00 |
| W - POSTAGE | $1.78 |

Completed: 07/06/2016 - Service #2135319: SGT.
GARY MARCUS
TEVON THOMAS ETAL v. CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| X - COPIES | $10.00 |
| W - POSTAGE | $1.78 |

Completed: 06/09/2016 - Service #2132526: SOPHIA
CARSON, TAX NO. 941946
LISA REYNOLDS v. THE CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

Completed: 07/07/2016 - Service #2134949:
THADDEUS GRANDSTAFF, TAX NO. 951784
OVELL LEVINE v. THE CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

**TOTAL CHARGES:**                                    **$286.56**

**BALANCE:**                                         **$286.56**

# AAA Attorney Service Co. Of NY, Inc.

20 Vesey Street, Room 1110
New York, NY 10007
Ph: (212) 233-3508 -- Fax: (212) 587-8225
IRS#: 13-2959695

*Sen level*

Invoice #: 11233

Date: 08/09/2016

LUMER & NEVILLE, ESQS
225 BROADWAY STE 2700

NEW YORK, NY 10007

## INVOICE FOR SERVICE

| BILL DATE | INVOICE # | BALANCE |
|-----------|-----------|---------|
| 05/10/2016 | 10639 | 900.00 |
| 07/13/2016 | 11045 | 286.56 |
| 08/09/2016 | 11233 | 304.78 |

**TOTAL:** $1491.34



A - SERVICE
C - FILING
E - SUBSTITUTED SERVICE
G - WITNESS FEE PAID BY ATTORNEY
I - SOS ALBANY FEE PAID BY ATTORNEY
K - SOS 253 OR 254 FEE PAID BY ATTORNEY
M - MILITARY INVESTIGATION
Q - COURT FILING FEE PAID BY ATTORNEY
T - SO ORDER
V - EXPRESS MAIL CHARGE
X - CPLR
Z - COURT APPEARANCE

B - ATTEMPTED SERVICE
D - SPECIAL AFFIDAVIT
F - WITNESS FEE ADVANCED
H - SOS ALBANY FEE ADVANCED
J - SOS 253 OR 254 FEE ADVANCED
L - MATRIMONIAL ACTION
P - COURT FILING FEE ADVANCED
S - LOCATION
U - EXTRA COPIES MADE
W - POSTAGE
Y - MESSENGER / COURIER
N - HOURLY CHARGE

1

Completed: - Service #2135317: DEPUTY
INSPECTOR WILLIAM RUSSO
TEVON THOMAS ETAL v. CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| B - ATTEMPTED SERVICE | $62.00 |
| X - COPIES | $10.00 |

Completed: 07/14/2016 - Service #2135763:
DEPUTY INSPECTOR WILLIAM RUSSO
TEVON THOMAS ETAL v. CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| S - LOCATED CORRECT/ NEW ADDRESS | $30.00 |
| W - POSTAGE | $1.78 |

Completed: 07/14/2016 - Service #2134900: HUGO
ORTEGA, TAX NO. 935438
JOAN JOHNSON v. THE CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

Completed: 07/28/2016 - Service #2136336:
MORGAN JONES, TAX NO 914825
DWAYNE BRYAN v. THE CITY OF NEW YORK
ETAL
Ref#

| | |
|---|---|
| A - SERVICE | $62.00 |
| DOCUMENTS EMAILED BY CLIENT | $7.50 |

**TOTAL CHARGES:** **$304.78**

**BALANCE:** **$304.78**