*Due 2-4-16*

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569


**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Jessica Alfarone<br>Lumer & Neville<br>225 Broadway<br>Suite 2700<br>New York, NY, 10007 | **Invoice #:** NY2519122<br>**Invoice Date:** 1/5/2016<br>**Balance Due:** $1,517.00 |

| | |
|---|---|
| **Case:** | Thomas, Tevon v. City Of New York |
| **Job #:** | 2206283 \| Job Date: 12/22/2015 \| Delivery: Normal |
| **Billing Atty:** | Michael Lumer, Esq. |
| **Location:** | Lumer & Neville<br>225 Broadway \| Suite 2700 \| New York, NY 10007 |
| **Sched Atty:** | Michael Lumer, Esq. \| Lumer & Neville |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Joebian Ortiz | Original with 1 Certified Transcript | Page | 353.00 | $4.00 | $1,412.00 |
| | Litigation Package | 1 | 1.00 | $0.00 | $0.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Attendance Fee | 1 | 2.00 | $40.00 | $80.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,517.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,517.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

*Pd 2/3/16*
*JA*

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY2519122 |
| **Job #:** | 2206283 |
| **Invoice Date:** | 1/5/2016 |
| **Balance:** | $1,517.00 |

113102


*Due 10/29*

## Veritext New York Reporting Co.
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Michael Lumer, Esq.
Lumer & Neville
225 Broadway
Suite 2700
New York, NY, 10007

**Invoice #:** NY2758930
**Invoice Date:** 9/29/2016
**Balance Due:** $694.50

| | |
|---|---|
| **Case:** | East 59Th Street v. City Of New York |
| **Job #:** | 2445147 \| Job Date: 9/16/2016 \| Delivery: Normal |
| **Billing Atty:** | Michael Lumer, Esq. |
| **Location:** | Lumer & Neville |
| | 225 Broadway \| Suite 2700 \| New York, NY 10007 |
| **Sched Atty:** | Michael Lumer, Esq. \| Lumer & Neville |

| Witness | Description | Amount |
|---|---|---|
| Joebian Ortiz | Transcript Services | $654.50 |
| | Professional Attendance | $40.00 |
| | Delivery and Handling | $0.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $694.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $694.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** NY2758930
**Job #:** 2445147
**Invoice Date:** 9/29/2016
**Balance:** $694.50

113102

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** | Michael Lumer, Esq.<br>Lumer & Neville<br>225 Broadway<br>Suite 2700<br>New York, NY, 10007 |

| | |
|---|---|
| **Invoice #:** | NY2603392 |
| **Invoice Date:** | 4/11/2016 |
| **Balance Due:** | $1,038.65 |

| | |
|---|---|
| **Case:** | Thomas, Et Al., v. The City Of New York, Et Al., |
| **Job #:** | 2281018 \| Job Date: 3/29/2016 \| Delivery: Normal |
| **Billing Atty:** | Michael Lumer, Esq. |
| **Location:** | Lumer & Neville - 225 Broadway<br>225 Broadway \| Suite 2700 \| New York, NY 10007 |
| **Sched Atty:** | Michael Lumer, Esq. \| Lumer & Neville |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Alfred Skelton | Original with 1 Certified Transcript | Page | 249.00 | $3.85 | $958.65 |
| | Litigation Package | 1 | 1.00 | $0.00 | $0.00 |
| | Attendance Fee | 1 | 2.00 | $40.00 | $80.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,038.65 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,038.65 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY2603392 |
| Job #: | 2281018 |
| Invoice Date: | 4/11/2016 |
| Balance: | $1,038.65 |

113102

*[handwritten: Due 10/15]*



## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Michael Lumer, Esq.<br>Lumer & Neville<br>225 Broadway<br>Suite 2700<br>New York, NY, 10007 | **Invoice #:** NY2745066<br>**Invoice Date:** 9/15/2016<br>**Balance Due:** $950.10 |

| | |
|---|---|
| **Case:** | East 59Th Street v. NYC |
| **Job #:** | 2376796 \| Job Date: 8/30/2016 \| Delivery: Normal |
| **Billing Atty:** | Michael Lumer, Esq. |
| **Location:** | Lumer & Neville<br>225 Broadway \| Suite 2700 \| New York, NY 10007 |
| **Sched Atty:** | Michael Lumer, Esq. \| Lumer & Neville |

| Witness | Description | Amount |
|---|---|---|
| Gary Marcus | Transcript Services | $870.10 |
| | Professional Attendance | $80.00 |
| | Delivery and Handling | $0.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $950.10 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $950.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY2745066 |
| **Job #:** | 2376796 |
| **Invoice Date:** | 9/15/2016 |
| **Balance:** | $950.10 |

113102

# Veritext New York Reporting Co.



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Michael Lumer, Esq.<br>Lumer & Neville<br>225 Broadway<br>Suite 2700<br>New York, NY, 10007 | **Invoice #:** NY2631902<br>**Invoice Date:** 5/11/2016<br>**Balance Due:** $567.45 |

| | |
|---|---|
| **Case:** | Thomas, Et Al., v. City Of New York |
| **Job #:** | 2302210 \| Job Date: 5/2/2016 \| Delivery: Normal |
| **Billing Atty:** | Michael Lumer, Esq. |
| **Location:** | Lumer & Neville<br>225 Broadway \| Suite 2700 \| New York, NY 10007 |
| **Sched Atty:** | Michael Lumer, Esq. \| Lumer & Neville |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Peter Carretta | Original with 1 Certified Transcript | Page | 137.00 | $3.85 | $527.45 |
| | Attendance Fee | 1 | 1.00 | $40.00 | $40.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |
| **Notes:** | | | | **Invoice Total:** | $567.45 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $567.45 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** NY2631902
**Job #:** 2302210
**Invoice Date:** 5/11/2016
**Balance:** $567.45

113102

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300  
Mineola NY 11501  
Tel. (516) 608-2400 Fax. (516) 608-2450  
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Michael Lumer, Esq.<br>Lumer & Neville<br>225 Broadway<br>Suite 2700<br>New York, NY, 10007 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2751092<br>9/21/2016<br>$517.40 |

| | |
|---|---|
| **Case:** | East 59Th Street v. NYC |
| **Job #:** | 2381662 \| Job Date: 9/8/2016 \| Delivery: Normal |
| **Billing Atty:** | Michael Lumer, Esq. |
| **Location:** | Lumer & Neville<br>225 Broadway \| Suite 2700 \| New York, NY 10007 |
| **Sched Atty:** | Michael Lumer, Esq. \| Lumer & Neville |

| Witness | Description | Amount |
|---|---|---|
| William Russo | Transcript Services | $477.40 |
| | Professional Attendance | $40.00 |
| | Delivery and Handling | $0.00 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $517.40 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $517.40 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

To pay online, go to  
www.veritext.com

Veritext accepts all major credit cards  
(American Express, Mastercard, Visa, Discover)

Please remit payment to:  
Veritext  
P.O. Box 71303  
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY2751092 |
| Job #: | 2381662 |
| Invoice Date: | 9/21/2016 |
| Balance: | $517.40 |

113102

*Due 6-3-16*


# VERITEXT
LEGAL SOLUTIONS

**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

**Bill To:** Michael Lumer, Esq.
Lumer & Neville
225 Broadway
Suite 2700
New York, NY, 10007

**Invoice #:** NY2624787
**Invoice Date:** 5/4/2016
**Balance Due:** $860.05

**Case:** Thomas, Et Al., v. City Of New York
**Job #:** 2302208 | Job Date: 4/29/2016 | Delivery: Normal
**Billing Atty:** Michael Lumer, Esq.
**Location:** Lumer & Neville
225 Broadway | Suite 2700 | New York, NY 10007
**Sched Atty:** Michael Lumer, Esq. | Lumer & Neville

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| WILLIAM RUSSO | Original with 1 Certified Transcript | Page | 213.00 | $3.85 | $820.05 |
| | Litigation Package | 1 | 1.00 | $0.00 | $0.00 |
| | Attendance Fee | 1 | 1.00 | $40.00 | $40.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $860.05 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $860.05 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** NY2624787
**Job #:** 2302208
**Invoice Date:** 5/4/2016
**Balance:** $860.05

113102