**QIS d.b.a. Print Structures**
PO Box 908
New York, NY  10272
(212)566-5540
billing@printstructures.com
www.printstructures.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Lumer & Neville | Lumer & Neville | **INVOICE #** | 1961 |
| 225 Broadway | 225 Broadway | **DATE** | 12/15/2015 |
| Suite 2700 | Suite 2700 | **DUE DATE** | 12/30/2015 |
| New York, NY  10007 | New York, NY  10007 | **TERMS** | Credit Card |

| PO | IR |
|---|---|
| Thomas v. NYC | DEC81 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 8.5x11 Black and White Copies | 345 | 0.10 | 34.50T |
| | SUBTOTAL | | 34.50 |
| | TAX (8.875%) | | 3.06 |
| | TOTAL | | 37.56 |
| | PAYMENT | | 37.56 |
| | BALANCE DUE | | **$0.00** |

*PAID*

Terms of payment start from the date of invoice. Payment is due to QIS/Print Structures within the terms stated above. Late penalties may be applied to past due invoices. Customer is responsible for all expenses including attorney's fees and costs incurred by Quality Imaging Services.

QIS d.b.a. Print Structures  
PO Box 908  
New York, NY  10272  
(212)566-5540  
billing@printstructures.com  
www.printstructures.com  



# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Lumer & Neville | Lumer & Neville | **INVOICE #** | 2023 |
| 225 Broadway | 225 Broadway | **DATE** | 12/16/2015 |
| Suite 2700 | Suite 2700 | **DUE DATE** | 12/31/2015 |
| New York, NY  10007 | New York, NY  10007 | **TERMS** | Credit Card |

**PO**  
E.59th Street

**IR**  
DEC195

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 8.5x11 Black and White Copies | 327 | 0.10 | 32.70T |
| 8.5" x 14" Black and White Copies | 98 | 0.20 | 19.60T |

~~PAID~~

| | |
|---|---|
| SUBTOTAL | 52.30 |
| TAX (8.875%) | 4.64 |
| TOTAL | 56.94 |
| PAYMENT | 56.94 |
| BALANCE DUE | **$0.00** |

Terms of payment start from the date of invoice. Payment is due to QIS/Print Structures within the terms stated above. Late penalties may be applied to past due invoices. Customer is responsible for all expenses including attorney's fees and costs incurred by Quality Imaging Services.